UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                                       **JS-6**

| Case No. | **CV 20-0695-CBM(JCx)** | Date | JULY 15, 2020 |
|---|---|---|---|

| Title | Michael Aram, Inc. v. Shiraleah, LLC et al., |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, and pursuant to the voluntary dismissal [14] this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

cc: all parties

CV-90                         **CIVIL MINUTES - GENERAL**                      Initials of Deputy Clerk ys